# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT,
DISTRICT OF COLORADO

2024 MAY 10 AM 11: 45

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

Civil Action No. _____
(To be supplied by the court)

_____Joanna Flemmns_____ , Plaintiff

v.

_____Philip Anschutz_____ ,

_____ ,

_____ ,

_____ , Defendant(s).

Jury Trial requested:
(please check one)
X Yes ___ No

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

## COMPLAINT

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address.  Failure to keep a current address on file with the court may result in dismissal of your case.*

Joanna Flemms - no current mailing address
(Name and complete mailing address)

TIRED1JOANNA@gmail.com  720.530.9518 - phone not currently working.
(Telephone number and e-mail address)

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint.  If more space is needed, use extra paper to provide the information requested.  The additional pages regarding defendants should be labeled "B.  DEFENDANT(S) INFORMATION."*

Defendant 1:    Philip Anshutz - Denver (downtown), CO
(Name and complete mailing address)

(Telephone number and e-mail address if known)

Defendant 2:    
(Name and complete mailing address)

(Telephone number and e-mail address if known)

Defendant 3:    
(Name and complete mailing address)

(Telephone number and e-mail address if known)

Defendant 4:    
(Name and complete mailing address)

(Telephone number and e-mail address if known)

2

## C.    JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

____    Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

_____

_____

__X__    Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of ___Colorado___.

If Defendant 1 is an individual, Defendant 1 is a citizen of ___USA___.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of _____ (name of state or foreign nation).

Defendant 1 has its principal place of business in _____ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

He NEVER obtained consent — THE MAIN ISSUE!

Mr. Anschutz has ruined me entirely. He ruined my image, my credibility as a former therapist and smeared me to no end.
He took money I believe for some sort of "disability" claim filed, and then framed it around trying to make me look like a disaster and trying to create a story that the US saved me? Umm... I had private secondary PTSD episodes on my phone, that I always healed myself. He didn't need to fuck with a trauma therapist, who was having normal secondary PTSD in private from the line of work I do. And destroy my professional credibility, esp. when I ALWAYS SOUGHT TRAUMA THERAPY MYSELF PRN.

## D.    STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: ___CRIME.___

Supporting facts:

Mr. Anschutz is a genius, one of the smartest men in Co. However, there is a time where even genius men make their money the wrong way, by getting into others' business illegally, via digital surveillance, audio sharing and more - and then selling that, Laundering and embezzling off my personal property, and my business property. Mr. Anschutz is typically on the other side of the law. I believe he had counted on turning this into some situation where he could profit - even more off me illegally, do my consent and the only way he would have done this as he already had in many ways, is making himself appear superior and reducing me to NOTHING, exposing all my moral failures the world[4], illegally & digitally. I have been digitally gang raped all over the world BY his sharing me not only professionally →

formerly, in my office, but then also myself of men sexually - he showed this digital information and sold it, making a shitload. He was hoping to create a movie about me becoming "pink", more feminine. A collaboration he was making from previously describing me as a "gay or bi" woman. The NERVE.

He got into all my business illegally about my divorce ALSO, ripping open my scars that took years to heal.

I was never working for Mr. Anschutz, nor ever asked him to be a "manager." He has human trafficked me, sex trafficked me. I still admire him in his business successes but unfortunately he's caught in a web of lies, deception, fraud, laundering & theft with me now. He could have owned what he did - maybe he will eventually. Still love the Broadmoor. Need the law's help on this one.

## E.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

20 Zillion in damages of unbelieveakle magnitude

Also, that he speak to HIPAA since he streamed me in my car, setting me up to be held liable for treason and espionage.

## F.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

5-10-24
_____
(Date)

(Revised February 2022)

5